IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

CHRISTOPHER B. WARREN,

    Plaintiff,

v.

BARRY GOODRICH; PEGGY
ANN COOPER; ERNEST ACREE;
and MICHAEL JOINER,

    Defendants.

CIVIL ACTION NO.: CV512-001

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' unopposed Motion for Summary Judgment is **GRANTED**. Plaintiff's deliberate indifference and due process claims are **dismissed**, with prejudice. Plaintiff's First Amendment claims are **dismissed** without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 10 day of December, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)